IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN K. MACIVER INSTITUTE
FOR PUBLIC POLICY and
WILLIAM OSMULSKI,

      Plaintiffs,

v.                                Case No. 19-CV-0649

TONY EVERS, in his official capacity as
Governor of the State of Wisconsin,

      Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to and without waiving any objections to jurisdiction, Defendant appears in this action by his attorneys, Joshua L. Kaul, Wisconsin Attorney General, and Gabe Johnson-Karp, Assistant Attorney General, and asks that all documents in this matter be served upon Assistant Attorney General Johnson-Karp personally at 17 West Main Street, Madison, Wisconsin 53703, by first-class mail at

Post Office Box 7857, Madison, Wisconsin 53707-7857, or by the CM/ECF system for the Western District of Wisconsin.

    Dated this 15th day of August, 2019.

    Respectfully submitted,

    JOSHUA L. KAUL
    Attorney General of Wisconsin

    Electronically signed by:

    s/ Gabe Johnson-Karp
    GABE JOHNSON-KARP
    Assistant Attorney General
    State Bar #1084731

    Attorneys for Defendant

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8904
(608) 267-2223 (Fax)
johnsonkarpg@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on August 15, 2019, I electronically filed the foregoing Notice of Appearance with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 15th day of August, 2019.

s/ Gabe Johnson-Karp<br>
GABE JOHNSON-KARP<br>
Assistant Attorney General