# EXHIBIT 3

*MACIVER INSTITUTE v. EVERS*

PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

SUPPORTING DOCUMENTATION

| | |
|---|---|
| **From:** | Baldauff, Melissa - GOV |
| **To:** | Baldauff, Melissa - GOV |
| **Cc:** | Cudaback, Britt G - GOV |
| **Subject:** | Budget briefing |
| **Date:** | Wednesday, February 27, 2019 5:39:03 PM |

Members of the media,

Staff from the state budget office and the governor's office will hold a budget briefing for the media tomorrow from 1-3pm in the governor's conference room. The briefing will include an overview of key budget initiatives on background, as well as a brief opportunity for questions. At this time we will also provide you with a printed copy of the Budget in Brief.

**The information shared in the briefing, to include the Budget in Brief document, is under a hard embargo until the governor delivers his budget address tomorrow evening.**

If you have any questions please let me know.

Best,
Melissa