IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN K. MACIVER INSTITUTE FOR
PUBLIC POLICY and WILLIAM OSMULSKI,

    Plaintiffs,　　　　　　　　　　　　　　　　Case No. 19-cv-649-jdp

  v.

TONY EVERS,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Tony Evers against plaintiffs John K. MacIver Institute for Public Policy and William Osmulski dismissing this case.

| s/ K. Frederickson, Deputy Clerk | April 14, 2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |