UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| John K. MacIver Institute for Public Policy and William Osmulski,<br><br>    Plaintiffs,<br><br>v.<br><br>Tony Evers, in his official capacity as Governor of the State of Wisconsin,<br><br>    Defendant. | No. 3:19-cv-00649-JDP-SLC |

NOTICE OF APPEAL

  Notice is hereby given that the John K. MacIver Institute for Public Policy and William Osmulski, Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Seventh Circuit the Judgment and the Order on Summary Judgment both entered in this case on April 14, 2020 (Docket 32).

Dated: May 14, 2020
Served via CM/ECF

                        Respectfully Submitted,

                        /s/ Daniel R. Suhr
                        Daniel R. Suhr
                        WI State Bar #6321108
                        dsuhr@libertyjusticecenter.org
                        Liberty Justice Center
                        190 South LaSalle Street, Suite 1500
                        Chicago, Illinois 60603
                        Telephone (312) 263-7668